# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**MICHAEL LEE BUNDY,**  **CIVIL ACTION**
    **Plaintiff**

**VERSUS**  **No. 11-1468**

**MANSON CONSTRUCTION CO.,**  **SECTION "E"**
    **Defendant**

## ORDER

Considering the parties' joint motion[1] to dismiss the above-captioned matter with prejudice because all asserted claims have been amicably resolved,

**IT IS ORDERED** that the motion is **GRANTED** and the above-captioned matter is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

New Orleans, Louisiana, this 28th day of May, 2013.

                                    _____
                                        **SUSIE MORGAN**
                             **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 42.